IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| First Liberty Institute,<br><br>        Plaintiff,<br><br>v.<br><br>Department of the Air Force and the Air Force Reserve Command,<br><br>        Defendants. | CIVIL ACTION NO. 4:17-CV-00520<br><br>JUDGE AMOS L. MAZZANT, III<br>MAGISTRATE KIMBERLY JOHNSON |

**JOINT MOTION TO DISMISS**

First Liberty Institute commenced this action against Defendants Department of the Air Force and Air Force Reserve Command on July 27, 2017, alleging claims under the Freedom of Information Act, pursuant to 5 U.S.C. § 552.  First Liberty Institute now seeks to voluntarily dismiss its claims against Defendants.  Pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, First Liberty Institute and Defendants, by and through their undersigned counsel, hereby stipulate as follows:

    1.    All claims that were asserted by Plaintiff First Liberty Institute in this action are dismissed with prejudice.

    2.    Each party shall bear its own attorneys' fees and costs.

DATE:  December 14, 2017

Respectfully submitted,

*/s/ Theodore D. Kwong*
Theodore D. Kwong

**Counsel for Plaintiff First Liberty Institute:**

**Theodore D. Kwong**
Texas Bar No. 24087871
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6912
Tel:   (214) 698-3100
Fax:   (214) 571-2900
Email: tkwong@gibsondunn.com

**Clyde M. Siebman**
TX Bar No. 18341600
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
300 N. Travis Street
Sherman, Texas 75090
Tel:   (903) 870-0070
Email: clydesiebman@siebman.com

**Cynthia M. Schmidt**
Texas Bar No. 24093334
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6912
Tel:   (214) 698-3309
Fax:   (214) 571-2963
Email: cschmidt@gibsondunn.com

**Elizabeth S. Forrest**
TX Bar No. 24086207
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
4949 Hedgcoxe Road Ste. 230
Plano, TX 75024
Tel: (214) 387-9100
Email: elizabethforrest@siebman.com

**Hiram Sasser**
TX Bar No. 24039157
FIRST LIBERTY INSTITUTE
2001 W Plano Pkwy Suite 1600
Plano, TX 75075
Tel: (972)-941-4444
Email: hsasser@firstliberty.org


*/s/ Andrea L. Parker (with permission)*
Andrea L. Parker

**Counsel for Defendants Department of the Air Force and the Air Force reserve Command**

**Andrea L. Parker**
Assistant United States Attorney
Texas Bar No. 00790851
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
Tel:     (409) 839-2538
Fax:    (409) 839-2643
Email: andrea.parker@usdoj.gov

**Robert A. Wells**
U.S. Attorney's Office – Tyler
110 N. College Ste 700
Tyler, TX 75702
Tel:     (903) 590-1400
Fax:    (903) 590-1436
Email:  Robert.wells3@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Texas, Sherman Division, via the CM/ECF system in compliance with Local Rule CV-5(a), which will send a notice of filing to all counsel of record who have consent to service by electronic means in compliance with Local Rule CV-5(a)(3).

                */s/ Theodore Kwong*
                THEODORE KWONG